23-2274

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**TARGET CORPORATION,**

                              **Plaintiff-Appellant**

v.

**UNITED STATES**

                              **Defendant-Appellee.**

## PLAINTIFF-APPELLANT'S MOTION FOR AN EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Federal Circuit Rules 26(b) and 27, Plaintiff-Appellant, Target Corporation, respectfully moves this Court to extend the time within which to file the reply brief in the above-captioned appeal by 14 days, up to and including January 19, 2024. The reply brief is currently due on January 5, 2024. Pursuant to Federal Circuit Rule 26(b)(1), this motion is timely filed at least 7 days before the date sought to be extended. This is the first motion for an extension of time made by Plaintiff-Appellant concerning this reply brief.

The proposed extension is requested due to the limited number of working days for the preparation and filing of the reply brief due largely to the

circumstances of the holidays. There are six weekend days and two Federal holidays for a total of eight days out of the 21 days allowed for the filing of a reply brief. This would be insufficient time for the attorneys for plaintiff-appellant to prepare and allow for the final review of the draft reply brief, especially in view of the holiday week from December 25th through January 2nd. The requested extension would provide counsel with sufficient time to prepare and file its reply brief with the Court.

    Counsel has consulted with the other parties to this proceeding. Specifically, on December 27, 2023, Justin R. Miller, Esq., counsel to Defendant-Appellee, United States, indicated that the United States consents to this motion.

    Based on the foregoing, Plaintiff-Appellant submits that there is good cause for this motion. Plaintiff-Appellant therefore respectfully requests that the Court grant this motion for an extension of time of 14 days, up to and including January 19, 2024, for Plaintiff-Appellant to file its reply brief in this appeal.

                                      Respectfully submitted,

                                      /s/Patrick D. Gill
                                      Patrick D. Gill
                                      SANDLER, TRAVIS & ROSENBERG, PA.
                                      675 Third Avenue, Suite 1805-06
                                      New York, NY 10017
                                      212-549-0156
                                      *Attorney for Plaintiff Appellant*

Dated: December 29, 2023

**23-2274**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

**TARGET CORPORATION,**

**Plaintiff-Appellant**

**v.**

**UNITED STATES,**

**Defendant-Appellee**

**ORDER**

Upon consideration of the Plaintiff-Appellant Target Corporation's Motion for an Extension of Time, it is

ORDERED that the motion be GRANTED and that Target Corporation shall file its reply brief no later than January 19, 2024.

Dated: _____                    _____
                                                For the Court

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2023, a copy of the foregoing motion was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the courts electronic filing system. Parties may access this filing through the courts system.

/s/Patrick D. Gill
Patrick D. Gill
*Attorney for Plaintiff Appellant*