# United States Court of Appeals for the Federal Circuit

---

**TARGET CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2274

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00162-LMG, Senior Judge Leo M. Gordon.

---

**ON MOTION**

---

PER CURIAM.

## O R D E R

The United States moves unopposed for leave for Zachary Simmons to appear as counsel. The motion also indicates that Edward N. Maurer is no longer with the Department of Justice.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The entry of appearance is accepted for filing.

(2) Edward N. Maurer is withdrawn as counsel for the United States.

FOR THE COURT

October 28, 2024
Date

Jarrett B. Perlow
Clerk of Court