# United States Court of Appeals for the Federal Circuit

---

**TARGET CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2023-2274

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00162-LMG, Senior Judge Leo M. Gordon.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED**

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

April 21, 2025
Date